Ryan lee (SBN 235879
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA  90025
T: (323) 988-2400 ext. 235; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| KATHLEEN SANDERSON )<br>)<br>       Plaintiff,              )<br>)<br>   vs.                            )<br>)<br>NCO FINANCIAL SYSTEMS, INC..  )<br>)<br>       Defendant.          )<br>) | **Case No.:** 2:09-CV-01549-LKK-DAD<br><br>**VOLUNTARY DISMISSAL** |

## <u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff, KATHLEEN SANDERSON, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: August 19, 2009                                  KROHN & MOSS, LTD.


                                                                            By:/s/ Ryan Lee

                                                                            Ryan Lee

                                                                            Attorney for Plaintiff,
                                                                            KATHLEEN SANDERSON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25